

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

March 18, 2021

James N. Hatten
Clerk of the Court
2212 U.S. Courthouse
75 Ted Turner Dr S.W.
Atlanta, GA 30303

    Re:    United States v. Clark, et al
            Criminal Action No. 1:20-cr-00408-MLB-CMS
            Substitution of Counsel

Dear Mr. Hatten:

    This is to notify you that the above-styled case has been transferred from Cynthia B. Smith to AUSA Radka T. Nations, telephone number 404-581-6061. I request papers and pleadings in this action be served upon me as counsel of record for the United States for asset forfeiture issues from this date forward.

                              Sincerely,

                              KURT R. ERSKINE
                              *Acting United States Attorney*

                              */s/ Radka T. Nations*
                              RADKA T. NATIONS
                              *Assistant United States Attorney*

cc:    Defense Counsel
        Courtroom Deputy
        Criminal Docketing